UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ROBERT E. JOHNSON, III, : | |
| : | |
| Petitioner : | |
| vs. : | CIVIL NO. 1:CV-13-1522 |
| : | |
| JEROME WALSH, *et al.*, : | (Judge Caldwell) |
| : | |
| Respondents : | |

*O R D E R*

AND NOW, this 28th day of July, 2014, for the reasons set forth in the foregoing Memorandum, it is hereby ordered that the Petitioner's Motion (Doc. 18) for Reconsideration is DENIED.

/s/ William W. Caldwell
William W. Caldwell
United States District Judge